B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>LDK Solar Systems, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>37-1742944 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>The Corporation Trust Center, 1209 Orange Street<br>Wilmington, DE<br>ZIP CODE 19801 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New Castle | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

---

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [x] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **LDK Solar Systems, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **(See Attachment 1)** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.  See Attached Exhibit C

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>LDK Solar Systems, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X  *Jessica C.K. Boelter* (signed)
Signature of Attorney for Debtor(s)
Jessica C.K. Boelter
Printed Name of Attorney for Debtor(s)
Sidley Austin LLP
Firm Name
One South Dearborn St.
Chicago, IL 60603
Address
(312) 853-7000
Telephone Number
October 21, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *(signed)*
Signature of Authorized Individual
Jack Lai
Printed Name of Authorized Individual
President, Treasurer and Secretary
Title of Authorized Individual
October 21, 2014
Date

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>LDK Solar Systems, Inc. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>X  */s/ Edmon L. Morton*<br>Signature of Attorney for Debtor(s)<br>Edmon L. Morton<br>Printed Name of Attorney for Debtor(s)<br>Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Address<br>(302) 571-6600<br>Telephone Number<br>*October 21, 2014*<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## ATTACHMENT 1 TO VOLUNTARY PETITION

Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On the date hereof, each of the affiliated entities listed below (each a "Debtor" and, collectively, the "Debtors"), including the Debtor in this chapter 11 case, filed a voluntary petition in this Court for relief under either chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") or under chapter 15 of the Bankruptcy Code.

### Chapter 11 Cases

LDK Solar Systems, Inc.
LDK Solar USA, Inc.
LDK Solar Tech USA, Inc.

### Chapter 15 Case

LDK Solar CO., Ltd. (in provisional liquidation)

## LIST OF EQUITY SECURITY HOLDERS OF LDK SOLAR SYSTEMS, INC.

In accordance with Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, LDK Solar Systems, Inc. submits the following information:

| NAME AND ADDRESS OF EQUITY HOLDERS | INTEREST |
|---|---|
| LDK Solar USA, Inc.<br>1290 Oakmead Parkway, Suite 306<br>Sunnyvale, CA 94085 | 80% |
| LDK Solar CO., Ltd. (in provisional liquidation)<br>c/o Zolfo Cooper (Cayman) Limited<br>10 Market Street, Suite 776<br>Camana Bay, Grand Cayman KY1-9006<br>Cayman Islands | 10% |
| LDK Silicon & Chemical Technology Co., Ltd.<br>Hi-Tech Industrial Park<br>Xinyu City, Jiangxi Province 338032<br>People's Republic of China | 10% |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Jack Lai, am an authorized officer of LDK Solar Systems, Inc. (the "Debtor") and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information, and belief.

Dated: _October 21_, 2014

By: _/s/ Jack Lai_
Title: President, Treasurer and Secretary

LDK SOLAR SYSTEMS, INC.

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re   LDK Solar Systems, Inc.         ,   ) Case No. 14-_____

                    Debtor                  )

                                             )

                                             ) Chapter  11

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   The Debtor does not believe that it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent that the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

**WRITTEN CONSENT
OF
THE SOLE DIRECTOR
OF
LDK SOLAR SYSTEMS, INC.**

Pursuant to the authority set forth in the Delaware General Corporation Law and Article II of the Bylaws of LDK Solar Systems, Inc., a Delaware corporation (the "Company"), the resolutions set forth on Attachment I hereto are hereby adopted by written consent of the sole Director of the Company without a meeting.

Dated: October 21, 2014

By: _____
        Jack Lai
Title: Director

## ATTACHMENT I

## RESOLUTIONS ADOPTED BY
## THE SOLE DIRECTOR
## OF LDK SOLAR SYSTEMS, INC.

WHEREAS, the sole Director comprising the Board of Directors (the "Board") of LDK Solar Systems, Inc., a Delaware corporation (the "Company"), has considered and reviewed the materials presented by the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

WHEREAS, the Board previously approved the prepetition solicitation of votes to accept or reject a joint prepackaged plan of reorganization (the "Plan") and has been informed that the requisite number of creditors holding the requisite amount of claims in those classes entitled to vote on the Plan have voted to accept the Plan in accordance with provisions of the Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties that the Company files or causes to be filed a voluntary petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that any individual duly appointed by the Board as the President, Treasurer or Secretary (each an "Authorized Officer" and, together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve;

RESOLVED, that the law firm of Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, be, and hereby is, retained and employed as Delaware attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that Jefferies LLC, 520 Madison Avenue, New York, New York 10022, be, and hereby is, retained and employed as financial advisor for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New

York, NY 10017, be, and hereby is, retained and employed as U.S. voting agent and noticing agent in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under chapter 11 of the Bankruptcy Code;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge, and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**RESOLVED**, that the Authorized Officers, be, and each of them hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, and deliver all such additional documents, agreements, and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization, and to execute and deliver such documents, agreements, and certificates, and to fully perform the terms and provisions thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LDK SOLAR SYSTEMS, INC., et al.,[1] | Case No. 14-_____ (___) |
| Debtors. | Joint Administration Requested |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of creditors (the "List of Creditors") holding the largest unsecured claims against the above-captioned debtors and debtors in possession (each a "Debtor" and, collectively, the "Debtors"). Unless otherwise noted, the List of Creditors reflects estimated amounts owed by the Debtors as of the date hereof. The List of Creditors does not include any unsecured claims that a Debtor may hold against another Debtor.

Unless otherwise noted, the List of Creditors has been prepared on a consolidated basis from the books and records of each of the Debtors as of the close of business on the date hereof. The Debtors take no position at this time regarding whether any of the parties included on the List of Creditors are "insiders" of the Debtors as such term is defined in section 101(31) of title 11 of the United States Code, and the fact that any party is included on or excluded from the List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtors in any respect. The Debtors expressly reserve the right, in their sole discretion, to challenge the validity, priority and/or amount of any obligation reflected on the List of Creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LDK Solar Systems, Inc. (2944); LDK Solar USA, Inc. (0488); and LDK Solar Tech USA, Inc. (3978). The mailing address for each Debtor is 1290 Oakmead Parkway, Suite 306, Sunnyvale, California 94805.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and fax number of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government, contract, etc.) | (4) Indicate if claim is contingent, unliquidated disputed, or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Bank of New York Mellon<br>Level 24, Three Pacific Place<br>1 Queen's Road East<br>Hong Kong | Stephanie Wong<br>Tel: + 852 2840-8154<br>Fax: +852 2295-3283<br>-and-<br>Ann Vuong<br>Tel: +852 2840-8104 | LDK Solar CO., Ltd.'s RMB-Denominated US$-Settled Senior Notes due 2014 | Contingent[2] | $284,734,252.68[3] |
| LDK Solar Int'l Co., Ltd.<br>Rm. 102A, Hi-Tech Indus. Park<br>Nanchang City, Jiangxi, PRC | Wan Qian<br>Tel: +86 180-07002556<br>Fax: +86 22916030 | Intercompany | | $27,369,812.44 |
| China Development Bank Jiangxi Branch<br>68 Zhongshanxi Road<br>Nanchang, Jiangxi, PRC | Liu Bin<br>Tel: + 86 791-8612-5620<br>Fax: +86 791-8659-2403 | Project Financing | Contingent | $17,905,353.00 |
| Munich Reinsurance Co. and Great Lakes Reinsurance (UK) PLC<br>c/o White & Williams LLP<br>Attn: Robert Ansehl<br>One Penn Plaza<br>250 W. 34th St., Ste. 4110<br>New York, NY 10119 | Robert Ansehl<br>Tel: +1 212-631-4410<br>Fax: +1 212-244-6200 | Judgment | | $14,399,546.22[4] |
| China Development Bank Hong Kong Branch<br>Suite 3307-15, 33/F One International Finance Centre<br>1 Harbour View Street,<br>Central, Hong Kong | Shi Changhong<br>Tel: +852 3697-7102<br>Fax: +852 2530-4083 | Share Pledge Agreement and Financing Agreement | Contingent | $11,000,000.00 |
| LDK Solar CO., Ltd. (in provisional liquidation)<br>c/o Zolfo Cooper (Cayman) Limited, 10 Market Street, Suite 776, Camana Bay<br>Grand Cayman KY1-9006 | Tammy Fu and Eleanor Fisher, Joint Provisional Liquidators of LDK Solar CO., Ltd. (in provisional liquidation) | Intercompany | | $900,000.00 |

[2] Debtors LDK Solar USA, Inc. and LDK Solar Tech USA, Inc. each guarantee, on a joint and several basis, the obligations of LDK Solar CO., Ltd. (in provisional liquidation) ("LDK Parent") under LDK Parent's US$-Settled senior notes due 2014 pursuant to the terms of that certain Indenture dated February 28, 2011, as amended, modified or otherwise supplemented from time to time, by and among LDK Parent and certain of its subsidiaries as guarantors, The Bank of New York Mellon, London Branch as trustee and paying and transfer agent and The Bank of New York Mellon (Luxembourg) S.A. as registrar.

[3] This amount includes principal and interest outstanding as of February 21, 2014.

[4] For additional detail regarding this amount, please see the *Declaration of Tammy Fu in Support of Chapter 11 Petitions*, filed contemporaneously herewith.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and fax number of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated disputed, or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Cayman Islands | Tel: +1 345-946-0081<br>Fax:+1 345 946-0082 | | | |
| North Palm Springs Investments, LLC<br>1290 Oakmead Pkwy, Ste. 306<br>Sunnyvale, CA 94085 | Jack Lai<br>Tel: +1 408-245-0858 ext. 102<br>Fax: +1 408-245-8802 | Intercompany | | $865,655.69 |
| LDK Solar Hi-Tech (Hong Kong) Co., Ltd.<br>4/F Hi-Tech Indus. Park<br>Xinyu City, Jiangxi 338032, PRC | Lin Wei<br>Tel: +86 159-79873303<br>-and-<br>Carina Song<br>Tel: +86 136-77902360 | Intercompany | | $371,253.62 |
| Chase Auto Finance<br>P.O. Box 78068<br>Phoenix, AZ 85062 | Trent Beck<br>Tel: +1 800-336-6675<br>Fax: +1 516-745-0124 | Contract | | $26,870.27 |
| ACG<br>4301 Hacienda Dr., Ste. 200<br>Pleasanton, CA 94588 | Alan Chinn<br>Tel: +1 925-463-8833<br>Fax: +1 925-463-8830 | Accounting and Tax Services | | $1,148.00 |
| AT&T Mobility<br>P.O. Box 755<br>Atwater, CA 95301 | Customer Service<br>Tel: +1 800-331-0500<br>Fax: +1 302-655-5049 | Contract | | $389.70 |
| ADP<br>9310 Tech Center Dr.<br>Sacramento, CA 95826 | Customer Service<br>Tel: +1 888-599-5939<br>Fax: +1 855-760-8941 | Contract | | $250.00 |

## DECLARATION REGARDING CREDITORS HOLDING THE
## LARGEST UNSECURED CLAIMS

    I, Jack Lai, am an authorized officer of LDK Solar Systems, Inc. and an authorized officer of each of the other debtors in these chapter 11 cases (collectively, the "Debtors") and in such capacities am familiar with the financial affairs of each of the Debtors. I declare under penalty of perjury that I have read and reviewed the foregoing Consolidated List of Creditors Holding the Largest Unsecured Claims Against the Debtors and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: *October 21*, 2014

By:     Jack Lai
Title:   President, Treasurer and Secretary

LDK SOLAR SYSTEMS, INC.