**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

In re:

LDK SOLAR SYSTEMS, INC., *et al.*,    Chapter 11

Debtors    Case No. 14-12384 (PJW)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, the UNITED STATES TRUSTEE has not appointed an official committee of unsecured creditors.

(   )   Debtor's petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( x )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(   )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(   )   No unsecured creditor interest.

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other:

**ROBERTA A. DeANGELIS,**
**UNITED STATES TRUSTEE REGION THREE**

*/s/ Benjamin Hackman*
Benjamin A. Hackman
Trial Attorney
T. Patrick Tinker
Assistant United States Trustee

DATED: November 20, 2014

cc: Edmon Morton (Young Conaway Stargatt & Taylor, LLP) counsel for Debtors