# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LDK SOLAR SYSTEMS, INC., et al.,[1] | Case No. 14-12384 (PJW) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 8, 31 & 46** |

## ORDER (I) EXTENDING THE DEBTORS' DEADLINE TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) CONDITIONALLY WAIVING THE REQUIREMENT OF FILING STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES

Upon the Motion[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") for entry of an order (this "Order"): (a) scheduling the Confirmation Hearing on (i) the adequacy of the Disclosure Statement, (ii) confirmation of the Plan, and (iii) approval of the Solicitation Procedures; (b) shortening certain deadlines in connection therewith; (c) approving the Confirmation Hearing Notice; (d) establishing procedures for objecting to the Plan, the Solicitation Procedures, and the Disclosure Statement; (e) conditionally waiving (i) the requirement that the Office of the United States Trustee for the District of Delaware convene the 341 Meeting and (ii) the requirement that the Debtors file Schedules and Statements; and (f) granting related relief; and upon consideration of the Motion and all arguments and pleadings related thereto, including (i) the *Declaration of Jack Kun-Shen Lai In Support of First Day Motions* (the "Lai Declaration") and (ii) the *Declaration of Tammy Fu in Support of Chapter 11 Petitions* (the "JPL Declaration"); and the Court finding that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LDK Solar Systems, Inc. (2944); LDK Solar USA, Inc. (0488); and LDK Solar Tech USA, Inc. (3978). The mailing address for each Debtor is 1290 Oakmead Parkway, Suite 306, Sunnyvale, California 94805.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

01:16187848.3

*Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; (b) venue of these Chapter 11 Cases and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (d) notice of the Motion was due and proper under the circumstances and no further or other notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the time within which the Debtors shall file their Schedules and Statements is extended through and including December 31, 2014 (the "Filing Deadline"), without prejudice to the Debtors' rights to seek an additional extension upon cause shown therefor; and it is further

ORDERED, that, in the event that confirmation of the Plan occurs before the Filing Deadline (as such date may hereafter be modified), then the requirement that the Debtors file their Schedules and Statements shall be waived; *provided, however*, that if the Debtors seek to establish a claims bar date, the aforementioned waiver shall be null and void, and the aforementioned extension of time to file the Schedules and Statements shall terminate as of the date that is ten business (10) days after the filing of the bar date motion unless further extended by order of this Court; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Nov. 21, 2014
Wilmington, Delaware

_____
PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE