IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LDK SOLAR SYSTEMS, INC., et al.,[1] | Case No. 14-12384 (PJW) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 64 and 65 |

### ORDER GRANTING DEBTORS MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO MEMORANDUM OF LAW OF THE DEBTORS IN SUPPORT OF ENTRY OF AN ORDER (I) APPROVING (A) THE DISCLOSURE STATEMENT, (B) THE SOLICITATION OF VOTES AND VOTING PROCEDURES, AND (C) THE FORM OF ACCOUNT HOLDER LETTER AND BALLOT; AND (II) CONFIRMING THE DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION

Upon consideration of the *Debtors' Motion for Leave to Exceed Page Limit Requirements with Respect to Memorandum of Law of the Debtors in Support of Entry of an Order (I) Approving (A) the Disclosure Statement, (B) the Solicitation of Votes and Voting Procedures, and (C) the Form of Account Holder Letter and Ballot; and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization* (the "Motion"),[2] and this Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having found that good and sufficient cause exists for granting the Motion;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LDK Solar Systems, Inc. (2944); LDK Solar USA, Inc. (0488); and LDK Solar Tech USA, Inc. (3978). The mailing address for each Debtor is 1290 Oakmead Parkway, Suite 306, Sunnyvale, California 94805.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and upon the record of these Chapter 11 Cases and any hearing held to consider the Motion; and it appearing that the relief requested in the Motion is appropriate in the context of these Chapter 11 Cases and is in the best interests of the Debtors and their respective estates, their creditors, and all other parties in interest; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given, and after due deliberation and sufficient cause therefor, it is, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtors are authorized to file the Memorandum of Law in excess of the forty-page limitation prescribed by Local Rules 7007-2(a)(iv) and the General Chambers Procedures.

Dated: Nov 21, 2014
Wilmington, Delaware

PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE